**Order entered July 6, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00558-CV

### ROSALIND KELLY, Appellant

### V.

### RICARDO MEJIA D/B/A E & R TRUCKING, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-08584**

## ORDER

On June 17, 2015, the Court notified appellant that it had received a letter from Stephanie Moses, Official Court Reporter for the 193rd Judicial District Court, that she had not received a request to prepare the reporter's record. We instructed appellant to file, within ten days, notice that appellant has requested preparation of the reporter's record and written verification that appellant has paid or made arrangements to pay the reporter's fee or written documentation that appellant has been found entitled to proceed without advance payment of costs. We cautioned appellant that if the Court did not receive the required documentation within the specified time, we may order the appeal submitted without the reporter's record. As of today's date, appellant has not filed the requested documentation. Accordingly, we order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant's brief is due **THIRTY DAYS** from the date of this order.

/s/     ELIZABETH LANG-MIERS
        JUSTICE